IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT

KIRK M. RANDLER,

        Appellant

        v.

THE PENNSYLVANIA BOARD OF
PROBATION AND PAROLE,

        Appellee

: No. 120 MAP 2023
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW,** this 1st day of April, 2024, the Notice of Appeal is QUASHED. *See* Pa.R.A.P. 910(a)(5) ("Only the questions set forth in the [jurisdictional] statement, or fairly comprised therein will ordinarily be considered by the Court").